**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: T.L.C., A MINOR           :   No. 238 MAL 2020
                                           :
                                           :
PETITION OF: T.C., FATHER      :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.